United States District Court
Southern District of Texas
**ENTERED**
June 27, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERTO NUNEZ, (TDCJ-CID #1722171) Petitioner, | § | |
| vs. | § | CIVIL ACTION H-18-1452 |
| LORIE DAVIS, Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on June 26, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-1452.b01.wpd